UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81576-CIV-CANNON/Reinhart
22-81977-CIV-CANNON

**VPR BRANDS, LP**,

    Plaintiff,

v.

**SHENZHEN WEIBOLI TECHNOLOGY
CO. LTD. et al.**,

    Defendants.
_____/

**VPR BRANDS, LP**,

    Plaintiff,

v.

**IMIRACLE HK LIMITED** and
**HEAVEN GIFTS INTERNATIONAL LIMITED**,

    Defendants.
_____/

## ORDER SCHEDULING HEARING ON
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Preliminary Injunction, filed on March 1, 2023, in Case No. 22-81977-CIV [ECF No. 20]. The Court will schedule an in-person hearing on Plaintiff's Motion on **May 17, 2023, 9:00 A.M**. in the Fort Pierce Division.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. A hearing on Plaintiff's Motion for Preliminary Injunction [ECF No. 20, 22-cv-81977] is scheduled for **May 17, 2023, 9:00 A.M.** in the Fort Pierce Division.

CASE No. 22-81576-CIV-CANNON/Reinhart
22-81977-CIV-CANNON

2. **No re-briefing of the Motion will be permitted**.  The Court will proceed on the parties' prior submissions [ECF Nos. 20, 28, 29, 22-cv-81977].

3. On or before **May 15, 2023**, the parties shall file a joint hearing plan listing the names of proposed witnesses and the estimated time allotted for each which follows the format of the Court's trial plan template, available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of April 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record